IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-733-GCM

| | | |
|---|---|---|
| SNEED, PLLC, | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GEA, INC.; LESLIE PAUL FARKAS; | ) | |
| VALARIA DEVINE: AND | ) | |
| SSSV4 L.P., | ) | |
|         Defendants. | ) | |

This matter is before the Court on its own motion. Pursuant to a discovery conference conducted telephonically, the Court hereby STAYS discovery in this case pending the parties' report to the Court regarding their availability for trial in February.

IT IS SO ORDERED.

Signed: December 17, 2018

Graham C. Mullen
United States District Judge