# United States District Court
# Western District of North Carolina
# Charlotte Division

Sneed PLLC,       JUDGMENT IN CASE

    Plaintiff(s),      3:17-cv-00733-GCM

    vs.

GEA, Inc.
Valaria Devine
Leslie Paul Farkas
SSSV4 Limited Partnership,
    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 12, 2019 Order.

    February 12, 2019

Frank G. Johns, Clerk
United States District Court